United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-15595-mdc
Vahid Arpaderli                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 1              Date Rcvd: May 08, 2017
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2017.
13452913         +U.S. Bank National Association, as Trustee et al..,    Chase Records Center,
                   Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
       in interest to Bank of America, National Association as Trustee successor by merger to LaSalle
       Bank National Association, as Trustee for Bear Stea agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      KERI P EBECK    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans,
       Inc., solely in its capacity as servicer kebeck@weltman.com,   jbluemle@weltman.com
      ROBERT J. HOFFMAN    on behalf of Creditor    2601 Parkway Condominium Association
       collections@marcushoffman.com
      THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
       in interest to Bank of America, National Association as Trustee successor by merger to LaSalle
       Bank National Association, as Trustee for Bear Stea tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
      ZACHARY PERLICK    on behalf of Debtor Vahid  Arpaderli Perlick@verizon.net,
       pireland1@verizon.net
                                                                                                             TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-15595-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Vahid Arpaderli
2429 South 20th Street
Philadelphia PA 19145

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/05/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: U.S. Bank National Association, as Trustee et al.., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 | U.S. Bank NA, successor trustee to Bank Serviced by Select Portfolio Servicing, 3217 S. Decker Lake Dr. Salt Lake City, UT 84115 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/10/17

Tim McGrath
**CLERK OF THE COURT**