Certificate Number: 05781-PAE-DE-031607146

Bankruptcy Case Number: 14-15595



05781-PAE-DE-031607146

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2018, at 12:58 o'clock PM PDT, Vahid Arpaderli completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 12, 2018          By:   /s/Allison M Geving

                                    Name: Allison M Geving

                                    Title: President