United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-15595-mdc
Vahid Arpaderli                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi           Page 1 of 2         Date Rcvd: Jul 17, 2019
                            Form ID: 138NEW       Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
```
db          +Vahid Arpaderli,    108 Kingswood Court,    Cherry Hill, NJ 08034-1332
cr          +2601 Parkway Condominium Association,    326 West State Street,   c/o Robert J. Hoffman, Esquire,
              Media, PA 19063-3861
13347911    +2601 Condominium Assoc.,    c/o Robert J. Hoffman, Esquire,    326 West State Street,
              Media, PA 19063-3861
13348450    +2601 Parkway Condominium Association,    c/o Robert J. Hoffman, Esquire,    326 West State Street,
              Media, PA 19063-3861
13347912     American Express,   P.O. Box 1270,    Newark, NJ 07101-1270
13347913    +Caliber Home Loans,    PO Box 24610,   Oklahoma CIty, OK 73124-0610
13420879     Chase,   Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
13347914    +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13347915     HSBC Mortgage Services,    PO Box 9068,   Brandon, FL 33509-9068
13421459     Jefferson Univ. Hosps.,    c/o State Coll. Srv. Inc.,    2509 S. Stoughton Rd.,   PO Box 6250,
              Madison, WI 53716-0250
13396159    +LSF8 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
              Oklahoma City, OK 73134-2500
13363094     PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122,   ATTN:BANKRUPTCY UNIT
13420883    +Police & Fire Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
13839182    +U.S. Bank N.A.,    c/o Thomas Puleo, Esq.,    KML Law Group PC,   701 Market St., Ste. 5000,
              Phila., PA 19106-1541
13913971    +U.S. Bank NA, successor trustee to Bank,    Serviced by Select Portfolio Servicing,,
              3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13452913    +U.S. Bank National Association, as Trustee et al..,    Chase Records Center,
              Attn: Correspondence Mail,    Mail Code LA4-5555,   700 Kansas Lane,    Monroe, LA 71203-4774
13357046    +US Bank NA,   c/o Andrew F. Gornall, Esq.,    KML Law Group PC,   701 Market St., Ste. 5000,
              Phila., PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:15     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2019 03:38:13      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:30:59     Synchrony Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13447168    +E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:15
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13420881    +E-mail/Text: bankruptcycollections@citadelbanking.com Jul 18 2019 03:38:42
              Citadel Federal Credit Union,    PO Box 147,   Thorndale, PA 19372-0147
13363632     E-mail/Text: bk.notifications@jpmchase.com Jul 18 2019 03:37:23      JPMorgan Chase Bank, N.A.,
              National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, Arizona 85038-9505
13353916     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:37:33
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA 17128-0946
13385822     E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2019 03:31:16
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13420884     E-mail/PDF: pa_dc_claims@navient.com Jul 18 2019 03:30:16      Sallie Mae,   PO Box 9500,
              Wilkes-Barre, PA 18773-9500
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13420876*      +2601 Condominium Assoc.,    c/o Robert J. Hoffman, Esquire,    326 West State Street,
                 Media, PA 19063-3861
13420877*       American Express,   P.O. Box 1270,    Newark, NJ 07101-1270
13420878*      +Caliber Home Loans,    PO Box 24610,   Oklahoma CIty, OK 73124-0610
13420880*      +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13420882*       HSBC Mortgage Services,    PO Box 9068,   Brandon, FL 33509-9068
cr            ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                   TOTALS: 1, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Randi                Page 2 of 2                  Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association as Trustee successor by merger to LaSalle
               Bank National Association, as Trustee for Bear Stea agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, sucessor in interest to LaSalle Bank National Association mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, sucessor in interest to LaSalle Bank National Association, on behalf of the
               registered holders of Bear Stearns Asset Backed Securities I Trust 2 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              NATHALIE PAUL    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans,
               Inc., solely in its capacity as servicer npaul@weltman.com,    PitEcf@weltman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association as Trustee successor by merger to
               LaSalle Bank National Association, as Trustee for Bear Stea bkgroup@kmllawgroup.com
              ROBERT J. HOFFMAN    on behalf of Creditor    2601 Parkway Condominium Association
               collections@marcushoffman.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association as Trustee successor by merger to LaSalle
               Bank National Association, as Trustee for Bear Stea tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Vahid  Arpaderli Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Vahid Arpaderli
      Debtor(s)

Bankruptcy No: 14–15595–mdc
Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                      For The Court
                      Timothy B. McGrath
                      Clerk of Court

Dated: 7/17/19

                      65 – 64
                      Form 138_new