United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-15595-mdc
Vahid Arpaderli                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi          Page 1 of 1          Date Rcvd: Aug 19, 2019
                         Form ID: 195         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.
db             +Vahid Arpaderli,   108 Kingswood Court,   Cherry Hill, NJ 08034-1332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association as Trustee successor by merger to LaSalle
               Bank National Association, as Trustee for Bear Stea agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, sucessor in interest to LaSalle Bank National Association mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, sucessor in interest to LaSalle Bank National Association, on behalf of the
               registered holders of Bear Stearns Asset Backed Securities I Trust 2 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              NATHALIE  PAUL    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans,
               Inc., solely in its capacity as servicer npaul@weltman.com,    PitEcf@weltman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association as Trustee successor by merger to
               LaSalle Bank National Association, as Trustee for Bear Stea bkgroup@kmllawgroup.com
              ROBERT J. HOFFMAN    on behalf of Creditor    2601 Parkway Condominium Association
               collections@marcushoffman.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association as Trustee successor by merger to LaSalle
               Bank National Association, as Trustee for Bear Stea tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor Vahid  Arpaderli Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                              : Chapter 13

Vahid Arpaderli                                                                          : Case No. 14–15595–mdc
       Debtor(s)

### *ORDER*
_____

AND NOW, this day , August 19, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

69
Form 195